**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

In the Matter of the Complaint of
MERS, LLC d/b/a PTL Marine, as Owner or
Owner *Pro Hac Vice* of Wickliffe Crewboat No. 1,
for Exoneration from or Limitation of Liability

Civil Action No. 5:22-cv-00064-TBR

**ORDER APPROVING AD INTERIM STIPULATION FOR VALUE,**
**<u>DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING SUITS</u>**

The Complainant in Exoneration/Limitation, MERS, LLC d/b/a PTL Marine

("PTL"), as owner/owner *pro hac vice* of Wickliffe Crewboat No. 1 (the "Crewboat"),

having filed a Complaint for Exoneration from or Limitation of Liability in respect to

any loss, injury, or death arising out of an incident which occurred on March 3, 2022

when the wave wash of the M/V MARQUETTE WARRIOR and her tow capsized

Wickliffe Crewboat No. 1 at or near Mile 891, Lower Mississippi River, in McCracken

County, Kentucky, and proximately caused the death of PTL's Pilot, Tyler Morgan (the

"capsizing and death of Tyler Morgan"); having stated in its Complaint the facts and

circumstances upon which it claims exoneration from or limitation of liability to the

value of Wickliffe Crewboat No. 1 and its pending freight; having ascertained the value

of the towboat immediately after the capsizing; and having filed an Affidavit of Value

and having moved, *ex parte*, for approval of an Ad Interim Stipulation for Value in the

amount of the value of the Crewboat and its pending freight, plus interest at 6% per

annum from the date of the filing of the Complaint for Exoneration from or Limitation

of Liability and costs of court, desires that the Court enter an Order approving the Ad

Interim Stipulation for Value, directing issuance of Notice, and the enjoining and/or restraining suits, actions or other proceedings;

Now, on the proceedings heretofore had herein, and on the verified Complaint and affidavit which have been duly filed in this proceeding from which it appears that the value of the Crewboat and its pending freight at the conclusion of its voyage on March 3, 2022, was $174,193.00;

And, upon approving a proposed Ad Interim Stipulation for Value and after receiving and filing said Ad Interim Stipulation for Value executed by MERS, LLC d/b/a PTL Marine, as Complainant/Principal, and by The American Steamship Owners Mutual Protection & Indemnity Association, Inc., as Surety, in the total amount of $174,193.00, which is equal to the value of the Crewboat, together with its pending freight, plus interest at the rate of six percent (6%) per annum from the date of the filing of the Complaint and for costs of court;

**IT IS, THEREFORE, ORDERED,** that the tendered Ad Interim Stipulation for Value is hereby approved as adequate security to stand for the *res*;

**IT IS FURTHER ORDERED** that a Notice shall be issued out of and under the seal of this Court in the form attached as Exhibit "A" to this Order directed to all Claimants claiming damages for any and all losses, injuries, or death arising out of or occurring by reason of the capsizing of Wickliffe Crewboat No. 1 as described in said Complaint, citing each of them and others to appear before this Court, to file their Claims with the Clerk of the Court in writing, under oath, and to serve copies thereof on Frank J. Dantone, the attorney representing MERS, LLC d/b/a PTL Marine on or

-2-

before August 10, 2022, and directing any person, firm, corporation, or other business entity, private or public, claiming damages as aforesaid, who shall desire to contest the claims of MERS, LLC d/b/a PTL Marine, to answer said Complaint; and

**IT IS FURTHER ORDERED**, that public notice shall be given by publication thereof in The Paducah Sun, a newspaper of general circulation in McCracken County, Kentucky, published in the City of Paducah, Kentucky as provided by Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and MERS, LLC d/b/a PTL Marine's attorney shall also mail, not later than the date of the second newspaper publication of the notice, a copy of the public notice to every person, firm, or corporation known to have made a claim against the Crewboat and/or MERS, LLC d/b/a PTL Marine arising out of the voyage of the Crewboat on March 3, 2022, for which MERS, LLC d/b/a PTL Marine claims  exoneration or limitation of liability; and

**IT IS FURTHER ORDERED** that this Court hereby enjoins and/or restrains the commencement of any and all actions, suits or legal proceedings of whatever kind, nature or character against Wickliffe Crewboat No. 1 and/or MERS, LLC d/b/a PTL Marine, its members, managers, agents, representatives, servants, employees, and parent, subsidiary or affiliated companies, and any other person whomsoever or entity whatsoever for whom/which MERS, LLC d/b/a PTL Marine may be responsible, in any court whatsoever, except in this proceeding for exoneration from or limitation of liability, in respect to any matter arising out of and/or in conjunction with the capsizing of Wickliffe Crewboat No. 1 which occurred on March 3, 2022 and also providing that any pending actions against Wickliffe Crewboat No. 1 and/or MERS, LLC d/b/a PTL

Marine, its members, managers, agents, representatives, servants, employees, and parent, subsidiary or affiliated companies, and any other person whomsoever or entity whatsoever for whom/which MERS, LLC d/b/a PTL Marine may be responsible, shall cease and that the Court enjoins the further prosecution of same.

      **SO ORDERED**

**Thomas B. Russell, Senior Judge**
**United States District Court**

June 10, 2022

**ORDER SUBMITTED BY**:

s/Frank J. Dantone
**FRANK J. DANTONE, KY BAR #83922**
**HENDERSON DANTONE, P.A.**
241 Main St.
P.O. Box 778
Greenville, MS 38702-0778
Telephone No. (662) 378-3400
Facsimile No. (662) 378-3413
Email: fjd@hdpa.com

Attorney for MERS, LLC d/b/a PTL Marine