UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:22-CV-00064-TBR

IN THE MATTER OF THE COMPLAINT OF
MERS, LLC D/B/A PTL MARINE, AS OWNER OR
OWNER *PRO HAC VICE* OF WICKLIFFE CREWBOAT NO. 1,
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

---

ORDER
(Electronically Filed)

---

The parties having filed an Agreed Motion requesting that the Scheduling Conference set for August 24, 2022, be extended for 60 days, the Court having considered the motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Rule 26 Scheduling Conference is continued until October 24, 2022, at 11:00 a.m. Central, with Magistrate Judge King.   (Docket #22 granted)

Counsel for the parties shall connect to the call by dialing the toll-free meeting number 1-877-848-7030 and entering access code 7238577# when prompted.

Pursuant to 28 U.S.C. § 636(b)(l)(A) this matter is referred to Magistrate Judge Lanny King for ruling on all discovery motions.  No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6470).

Counsel shall file a proposed agreed scheduling order with deadlines no later than October 19, 2022.

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

September 7, 2022

cc: Counsel
Magistrate Judge King's case manager