IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**In the Matter of the Complaint of**
**MERS, LLC d/b/a PTL Marine, as Owner or**
**Owner** *pro hac vice* **of Wickliffe Crewboat No. 1,**
**for Exoneration from or Limitation of Liability**

                                      **Civil Action No. 5:22-cv-00064-TBR**

**AGREED ORDER AMENDING BRIEFING SCHEDULE**
**WITH REGARD TO CLAIMANT EMILY MORGAN'S**
**MOTION TO DISSOLVE INJUNCTION AND TO STAY ACTION**

The joint, *ore tenus* motion of counsel representing not only the Complainant in Exoneration/Limitation, MERS, LLC d/b/a PTL Marine ("PTL"), as owner/owner *pro hac vice* of Wickliffe Crewboat No. 1, but also Claimant Marquette Transportation Company, LLC. ("Marquette") and Claimant Emily Morgan, in both her Individual and Representative Capacities ("Morgan"), to extend the date through which PTL and Marquette, have within which to file a Response in Opposition to Morgan's Motion to Dissolve the Injunction and to Stay this action to and including Friday, September 30, 2022 and to extend the date through which Morgan has within which to file her Reply in Support of her Motion to and including Friday, October 14, 2022, having come before the Court, and the Court being fully apprised in the premises, including, but not limited to, the fact that this case is in the process of being re-assigned, finds the joint, *ore tenus* motion of the parties herein to be **WELL-TAKEN, SUSTAINS** same and **ORDERS**:

1. That PTL and Marquette shall file each's Response in Opposition to Morgan's Motion to Dissolve the Injunction and to Stay this action on or before Friday, September 30, 2022; and

2. That Morgan shall file her Reply in Support of her Motion to Dissolve the Injunction and to Stay this action on or before Friday, October 14, 2022.

**SO ORDERED**,

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

September 9, 2022